PD-0265-15

CAUSE NO. 14-13-00900-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 11 2015

Abel Acosta, Clerk

LAKENDRICK EARL JACOBS

V.

THE STATE OF TEXAS

IN THE COURT OF
CRIMINAL APPEALS
OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

MAR 11 2015

Abel Acosta, Clerk

PRO SE MOTION REQUESTING LEAVE
TO FILE AN ORIGIONAL COPY ONLY OF THE
PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

Comes now the appellant / petitioner in the above styled and numbered cause and respectfully moves this Honorable Court to grant leave to file an origional copy only of the petition for discretionary review and in support thereof would show the court the following:

1.) The style and appeal number in the Court of Appeals is Lakendrick Earl Jacobs v. The State of Texas, Appeal No. 14-13-00900-CR

2.) The appellant / petitioner moves that pursuant to Rule 2, Texas Rules of Appellate Procedure, this Court suspend Rule 9.3 (b), Texas Rules of Appellate Procedure that requires the filing of eleven (11) copies of the petition for discretionary review with the court.

3.) The facts relied upon to show good cause for this request are as follows: The appellant / petitioner is indigent and incarcerated and does not have access to a photo copier. The appellant is presently not represented by counsel and intends to file a pro-se petition for discretionary review.

Wherefore, Premises Considered, the appellant / petitioner respectfully request that this Honorable Court grant leave to file an origional copy only of the petition for discretionary review.

Respectfully Submitted,

*L. Jacobs*

Lakendrick Earl Jacobs, Pro Se.

## UNSWORN DECLARATION

I Lakendrick Earl Jacobs, TDCJ no. 1889158, being presently incarcerated at the Berry Telford Unit, TDCJ-ID at Bowie County Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed on this 6th day of March 2015.

*L. Jacobs*

Lakendrick Earl Jacobs, Pro Se.

## Certificate of Service

The Appellant / Petitioner hereby certifies that a true and correct copy of the foregoing motion has been mailed to the office of Criminal District Attorney for Harris County and mailed via U.S. mail to the state prosecuting attorney at 1201 Franklin Houston Texas 77002. on the 6th day of March 2015.